No. 1047. GOTTLIEB, EXECUTOR AND TRUSTEE, *v.* WHITE, COLLECTOR OF INTERNAL REVENUE. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Samuel Gottlieb* and *J. Weston Allen* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman, Miss Helen Carloss,* and *Mr. James W. Morris* for respondent.

No. 1048. ROBINSON, TRUSTEE IN BANKRUPTCY, *v.* WALTHAM NATIONAL BANK; and

No. 1049. SAME *v.* WALTHAM TRUST Co. June 4, 1934. Petition for writs of certiorari to the Supreme Judicial Court of Massachusetts denied. *Mr. Edmond A. Whitman* for petitioner. *Messrs. William J. Bannan* and *John J. Flynn* for respondents.

No. 1062. WEEK ET AL. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. A. Henry Walter* and *Fred B. Morrill* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 1095. INTERSTATE FOLDING Box Co. *v.* EMPIRE Box CORP. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John Weld Peck* for petitioner. *Messrs. A. C. Paul* and *Maurice M. Moore* for respondent.

Nos. 1026, 1027, and 1028. TYSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. June 4, 1934. Petition